THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kenny Wingate, Appellant.
 
 
 

Appeal From Chesterfield County
  James E. Lockemy, Circuit Court Judge

Unpublished Opinion No.  2008-UP-477
 Submitted August 1, 2008  Filed August
11, 2008

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, South Carolina
 Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Jay E. Hodge, Jr., of Cheraw, for Respondent.
 
 
 

PER CURIAM: Kenny Wingate appeals his conviction and sentence for possession with
 intent to distribute crack cocaine.  He argues the trial court erred in allowing
 the State to pit Wingate against the arresting officers by asking Wingate if
 the officers were fabricating their testimony.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Wingates appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
KONDUROS, J., CURETON, A.J., and GOOLSBY, A.J.,
 concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.